AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TECNOGLASS, LLC, a Florida limited liability company,

*Plaintiff(s)*

v.   Civil Action No. 1:16-cv-24328-PAS

RC HOME SHOWCASE, INC., a Florida corporation

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RC HOME SHOWCASE, INC.
c/o Registered Agent
Vivanco & Vivanco Corporate Services, LLC
80 SW 8th Street, Suite 2000
Brickell Bayview Building
Miami, FL  33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillip M. Hudson III
Arnstein & Lehr LLP
200 South Biscayne Blvd., 36 Floor
Miami, FL  33131
(305) 428-4500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/13/2016

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Randi Marks
Deputy Clerk
U.S. District Courts